IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Oliver, Antonio B

Printed: 5/13/08

Case Number: 05 B 09056
Judge: Goldgar, A. Benjamin
Filed: 3/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 1, 2008
Confirmed: April 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,113.75 | |
| Secured: | | 7,869.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 544.11 |
| Other Funds: | | 0.00 |
| Totals: | 11,113.75 | 11,113.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Consumer Portfolio Services | Secured | 14,937.56 | 7,869.64 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 474.00 | 0.00 |
| 4. | Cavalry Portfolio Services | Unsecured | 281.37 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 36.71 | 0.00 |
| 6. | Consumer Portfolio Services | Unsecured | 106.78 | 0.00 |
| 7. | Cingular Wireless | Unsecured | 33.73 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 141.11 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 662.21 | 0.00 |
| 10. | American General Finance | Unsecured | | No Claim Filed |
| 11. | Bone & Joint Surgeons Lt | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | AT&T Broadband | Unsecured | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| 15. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured | | No Claim Filed |
| | | | $ 19,373.47 | $ 10,569.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 35.56 |
| 3% | 37.34 |
| 5.5% | 156.49 |
| 5% | 53.34 |
| 4.8% | 98.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Oliver, Antonio B

Printed: 5/13/08

Case Number: 05 B 09056
Judge: Goldgar, A. Benjamin
Filed: 3/14/05

| | |
|---|---|
| 5.4% | 163.23 |
| | $ 544.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

